# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMALIS ARMOND HARTWELL | CIVIL ACTION |
| VERSUS | NO. 08-5120 |
| JUDGE FRED S. BOWLES, ET AL, | SECTION "N"(4) |

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Motion to Stay of Action (Rec. Doc. No. 6) filed by the plaintiff on December 7, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Romalis Armond Hartwell's 42 U.S.C. § 1983 claims against the defendants, Judge Fred S. Bowles, Judge H. Charles Gaudin, Judge Charles Grisbaum, Judge Edward A. Dufrense, Jr., Judge Thomas C. Wicker, Jr., Judge Sol Gothard, Judge James L. Canella, Judge Thomas J. Kliebert, Judge Thomas F. Daley, Judge Susan M. Chehardy, Judge Marion F. Edwards, Judge Clarence E. McManus, Judge Walter J. Rothschild, Clerk of Court Peter J. Fitzgerald, Jerrold Peterson, Kathi Workman, "Tina Doe," "Roz Doe," Cheryl Landrieu, Carol Treuting, Jennifer Cooper, and Leslie Langhetter, each in their individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and otherwise for seeking relief against an immune defendant pursuant 28 U.S.C. §§ 1915 and 1915A, and 42 U.S.C. § 1997e.



**IT IS FURTHER ORDERED** that Hartwell's § 1983 claims against Judges Bowles, Gaudin, Grisbaum, Dufrense, Wicker, Gothard, Canella, Kliebert, Daley, Chehardy, Edwards, McManus, and Rothschild, and defendants Fitzgerald, Peterson, Workman, "Tina Doe," "Roz Doe," Landrieu, Treuting, Cooper, and Langhetter, each in their official capacities, are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction under the Eleventh Amendment and otherwise for failure to state a claim for which relief can be granted under federal law.

**IT IS FURTHER ORDERED** that Hartwell's state law claims are **DISMISSED WITHOUT PREJUDICE** because this Court declines to exercise its supplemental jurisdiction under 28 U.S.C. § 1367.

New Orleans, Louisiana, this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE